UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

BALIL AMIRE SMITH WALKER,　)
　　　　　　　　　　　　　　　　)
　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　) Civil Case No.: 3:20-CV-412-FDW-DSC
　　　　　　　　　　　　　　　　)
PSH OPERATORS, LLC d/b/a PIEDMONT)
SOCIAL HOUSE　　　　　　　　　　)
　　　Defendant.　　　　　　　　)
_____/

**STIPULATION OF DISMISSAL**
**PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**

COMES NOW the Parties hereby file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Date this 15th day of June 2021.

　　　Respectfully Submitted,

/s/Gary Martoccio
Gary Martoccio
North Carolina Bar No. 54125
Spielberger Law Group
4890 W. Kennedy Blvd., Suite 950
Tampa, FL 33609
T: 813.965.1570
F: 866.580.7499
gary.martoccio@spielbergerlawgroup.com

*/s/ H. Bernard Tisdale III*
H. Bernard Tisdale III
North Carolina Bar #23980
Joshua R. Adams
North Carolina Bar #49038
**JACKSON LEWIS, P.C.**
200 South College Street, Suite 1550
Charlotte, NC 28202
Telephone: (980) 465-7238
bernard.tisdale@jacksonlewis.com
joshua.adams@jacksonlewis.com
*Attorneys for Defendants*

1